DELPHI RESTORATION CORPORATION et al., Respondents, v SUNSHINE RESTORATION CORPORATION, Defendant, and UTICA FIRST INSURANCE COMPANY, Appellant.

Submitted November 13, 2007; decided December 20, 2007

Reported below, 43 AD3d 851.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.